1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. CV 11-10592
12 |             Plaintiff,    |
13 |        vs.                | CONSENT JUDGMENT
14 | Karen J. Puopolo,         |
15 |             Defendant     |

16

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Karen J. Puopolo, in
20 the principal amount of $7,490.10 plus interest accrued to
21 December 20, 2011, in the sum of $8,008.42; with interest
22 accruing thereafter at the daily rate of $1.04 until entry
23 of judgment, for a total amount of **$15,498.52**.

24

25 DATED: 03-30-12                By: Terri Nafisi
26                                    Clerk of the Court
27                                    Deputy Clerk
28                                    United States District Court

Page 5